**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tara Hayes Grieco, a minor,
By her parent, Fred J. Grieco

Plaintiff,

v.

Sky Ventures, LLC and
Border Foods, Inc.,
d/b/a Pizza Hut,

Defendants.

Civil No. 02 CIV 116JMRFLN

**STIPULATION TO AMEND COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the Complaint in the present action is hereby amended as reflected in the attached Amended Complaint. The parties further agree that Defendant will have twenty (20) days from the date of service to answer or move with respect to the Amended Complaint.

Dated: 2/28/02

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster #53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone 612 338 1919

Dated: 2/25/02

WINTHROP & WEINSTINE, PA

Chuanpis Santilukka # 305418
3200 World Trade Center

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

30 East Seventh Street
St. Paul, MN 55101-4919

**ORDER**

Based on the foregoing Stipulation to Amend Complaint entered into by the parties,

**IT IS HEREBY ORDERED:**

1. That the Complaint in the present action is hereby amended as reflected in the attached Amended Complaint; and
2. That the Defendant shall have twenty (20) days from the date of service to answer or move with respect to the Amended Complaint.

DATED: March 6, 2002

**BY THE COURT:**

Franklin L. Noel

**Franklin L. Noel**
**U.S. Chief Magistrate Judge**