**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Tara Hayes Grieco, a minor,
By her parent, Fred J. Grieco,

Plaintiff,

v.

Sky Ventures, LLC and
Border Foods, Inc. d/b/a Pizza Hut,

Defendants.

Civil No. 02-CIV-116 JMR/FLN

**STIPULATION TO AMEND COMPLAINT**

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the Complaint in the present action is hereby amended as reflected in the attached Second Amended Complaint. The parties further agree that Defendants will have twenty (20) days from the date of service to answer or move with respect to the Second Amended Complaint and that, by executing this stipulation, Defendants are not in any way waiving, limiting or revoking any defenses they may have.

Dated: 4/12/02

NICHOLS KASTER & ANDERSON, PLLP

James H. Kaster, #53946
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

Attorneys for Plaintiff

FILED APR 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 8, 2002

WINTHROP & WEINSTINE, P.A.

Chuanpis Santilukka

Therese M. Marso, #22408X
Chuanpis Santilukka, #0305418
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Defendants

**ORDER**

Based upon the foregoing Stipulation to Amend Complaint entered into by the parties,

**IT IS HEREBY ORDERED:**

1. That the Complaint in the present action is hereby amended as reflected in the attached Second Amended Complaint;

2. That the Defendants shall have twenty (20) days from the date of service to answer or move with respect to the Second Amended Complaint; and

3. That, by executing this stipulation, Defendants are not in any way waiving, limiting or revoking any defenses they may have.

Dated: April 17, 2002

**BY THE COURT:**

Franklin L. Noel

**Franklin L. Noel**
**U.S. Chief Magistrate Judge**

idmsstp:653465_1