UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

---

Tara Hayes Grieco, a minor,
By her parent, Fred J. Grieco,

Plaintiff,

v.

Sky Ventures, LLC and
Border Foods, Inc. d/b/a Pizza Hut,

Defendants.

Civil No. 02-CIV-116 JMR/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED that the above-captioned claims against Defendants Sky Ventures, LLC and Border Foods, Inc. d/b/a Pizza Hut may be dismissed with prejudice and on the merits.

Dated: December 19, 2002

WINTHROP & WEINSTINE, P.A.

By: ______________________
Laura A. Pfeiffer, #0260125

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700
Attorneys for Defendants Sky Ventures, LLC and Border Foods, Inc.
d/b/a Pizza Hut



FILED 1-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: December 18, 2002

NICHOLS, KASTER & ANDERSON

By: Jennifer A. Kitchak

James H. Kaster, #53946
Jennifer A. Kitchak, #0317056

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919
Attorneys for Plaintiff

**SO ORDERED:**

Dated: January 23rd, 2003

The Honorable James M. Rosenbaum
Chief Judge of District Court

idmsmpl:531202_1